**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re: RUI MASONRY CORP. § Case No. 14-13201HS-SLM
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

NICHOLAS J. DELZOTTI, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00   Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $400,165.24   Claims Discharged
                                                Without Payment: $45,004.82

Total Expenses of Administration: $181,048.50

3) Total gross receipts of $ 581,213.74 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $581,213.74 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 185,248.50 | 185,248.50 | 181,048.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 3,897,125.36 | 445,170.06 | 400,165.24 |
| **TOTAL DISBURSEMENTS** | $0.00 | $4,082,373.86 | $630,418.56 | $581,213.74 |

4) This case was originally filed under Chapter 7 on February 24, 2014. The case was pending for 37 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/14/2017          By: /s/NICHOLAS J. DELZOTTI
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Santander Bank 243 Millburn Avenue Millburn, NJ | 1129-000 | 14,485.05 |
| RECEIVABLES | 1121-000 | 136,728.69 |
| Vehicles, equipment and inventory | 1241-000 | 430,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$581,213.74** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - NICHOLAS J. DELZOTTI | 2100-000 | N/A | 32,310.69 | 32,310.69 | 32,310.69 |
| Trustee Expenses - NICHOLAS J. DELZOTTI | 2200-000 | N/A | 135.75 | 135.75 | 135.75 |
| Other - TRENK, DI PASQUALE, DELLA FERA & SODONO, P.C. | 3210-000 | N/A | 23,848.00 | 23,848.00 | 23,848.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Description | Code | | Amount 1 | Amount 2 | Amount 3 |
|---|---|---|---|---|---|
| Other - TRENK, DI PASQUALE, DELLA FERA & SODONO, P.C. | 3210-000 | N/A | 58,007.50 | 58,007.50 | 54,807.50 |
| Other - TRENK, DI PASQUALE, DELLA FERA & SODONO, P.C. | 3210-000 | N/A | 31,272.00 | 31,272.00 | 31,272.00 |
| Other - TRENK, DI PASQUALE, DELLA FERA & SODONO, P.C. | 3220-000 | N/A | 314.24 | 314.24 | 314.24 |
| Other - TRENK, DI PASQUALE, DELLA FERA & SODONO, P.C. | 3220-000 | N/A | 466.01 | 466.01 | 466.01 |
| Other - TRENK, DI PASQUALE, DELLA FERA & SODONO, P.C. | 3220-000 | N/A | 106.54 | 106.54 | 106.54 |
| Accountant for Trustee Fees (Trustee Firm) - F.I.R.S.T. | 3310-000 | N/A | 26,288.00 | 26,288.00 | 25,288.00 |
| Accountant for Trustee Expenses (Trustee Firm) - F.I.R.S.T. | 3320-000 | N/A | 125.35 | 125.35 | 125.35 |
| Other - A. ATKINS APPRAISAL CORPORATION | 3711-000 | N/A | 2,687.50 | 2,687.50 | 2,687.50 |
| Other - A. ATKINS APPRAISAL CORPORATION | 3712-000 | N/A | 9.65 | 9.65 | 9.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 47.03 | 47.03 | 47.03 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 103.51 | 103.51 | 103.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 99.91 | 99.91 | 99.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 113.55 | 113.55 | 113.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 99.62 | 99.62 | 99.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 109.12 | 109.12 | 109.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 102.17 | 102.17 | 102.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 79.66 | 79.66 | 79.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 72.71 | 72.71 | 72.71 |
| Other - INTERNATIONAL SURETIES , LTD. | 2300-000 | N/A | 67.68 | 67.68 | 67.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 64.02 | 64.02 | 64.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 59.60 | 59.60 | 59.60 |
| Other - INTERNATIONAL SURETIES | 2300-000 | N/A | -55.63 | -55.63 | -55.63 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 68.05 | 68.05 | 68.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 63.76 | 63.76 | 63.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 61.54 | 61.54 | 61.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 67.82 | 67.82 | 67.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 75.19 | 75.19 | 75.19 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 361.31 | 361.31 | 361.31 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 429.03 | 429.03 | 429.03 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 401.56 | 401.56 | 401.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 486.87 | 486.87 | 486.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 804.27 | 804.27 | 804.27 |
| Other - INTERNATIONAL SURETIES , LTD. | 2300-000 | N/A | 203.04 | 203.04 | 203.04 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 703.62 | 703.62 | 703.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 716.41 | 716.41 | 716.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 816.74 | 816.74 | 816.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 716.52 | 716.52 | 716.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 715.52 | 715.52 | 715.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 813.19 | 813.19 | 813.19 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 228.09 | 228.09 | 228.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 259.19 | 259.19 | 259.19 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 235.26 | 235.26 | 235.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 227.09 | 227.09 | 227.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 250.25 | 250.25 | 250.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $185,248.50 | $185,248.50 | $181,048.50 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | New Jersey Building Laborers' Pension Fund | 7100-000 | N/A | 422,806.00 | 400,000.00 | 359,561.68 |
| 2 | New Jersey Building Laborers Statewide Benefit Fun | 7100-000 | N/A | 513,014.65 | 0.00 | 0.00 |
| 2 -2 | New Jersey Building Laborers Statewide Benefit Fun | 7100-000 | N/A | 513,014.65 | 45,000.00 | 40,450.69 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | New Jersey Building Construction Laborers | 7100-000 | N/A | 2,448,120.00 | 0.00 | 0.00 |
| 4 | New York City & Vicinity District | 7100-000 | N/A | 170.06 | 170.06 | 152.87 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $3,897,125.36 | $445,170.06 | $400,165.24 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-13201HS-SLM  
**Case Name:** RUI MASONRY CORP.  
**Period Ending:** 04/14/17

**Trustee:** (500450) NICHOLAS J. DELZOTTI  
**Filed (f) or Converted (c):** 02/24/14 (f)  
**§341(a) Meeting Date:** 03/21/14  
**Claims Bar Date:** 06/24/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Santander Bank 243 Millburn Avenue Millburn, NJ | 1,712.00 | 1,712.00 | | 14,485.05 | FA |
| 2   RECEIVABLES | 238,354.38 | 238,354.38 | | 136,728.69 | FA |
| 3   Vehicles, equipment and inventory (u) | 0.00 | 250,000.00 | | 430,000.00 | FA |
| 3   **Assets Totals** (Excluding unknown values) | **$240,066.38** | **$490,066.38** | | **$581,213.74** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  January 1, 2016        **Current Projected Date Of Final Report (TFR):**  December 12, 2016 (Actual)

Printed: 04/14/2017 11:20 AM    V.13.30

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-13201HS-SLM  
**Case Name:** RUI MASONRY CORP.

**Trustee:** NICHOLAS J. DELZOTTI (500450)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2166 - Checking Account  
**Blanket Bond:** $41,113,683.00  (per case limit)  
**Separate Bond:** N/A

**Taxpayer ID #:** **-***4726  
**Period Ending:** 04/14/17

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/12/14 | {1} | SANTANDER | liquidation of Santander bank account | 1129-000 | 14,485.05 | | 14,485.05 |
| 03/12/14 | {1} | SANTANDER | Reversed Deposit 100001 1 | 1129-000 | -14,485.05 | | 0.00 |
| 03/24/14 | {1} | SANTANDER BANK, N.A. | redeposit of Santander bank account - initial check had incomplete micr | 1129-000 | 14,485.05 | | 14,485.05 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 14,475.05 |
| 04/18/14 | {2} | ERNEST BOCK AND SONS, INC. | RECEIVABLE | 1121-000 | 57,539.75 | | 72,014.80 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.03 | 71,967.77 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 103.51 | 71,864.26 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.91 | 71,764.35 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 113.55 | 71,650.80 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.62 | 71,551.18 |
| 09/19/14 | 101 | A. ATKINS APPRAISAL CORPORATION | Appraiser fees | 3711-000 | | 2,687.50 | 68,863.68 |
| 09/19/14 | 102 | A. ATKINS APPRAISAL CORPORATION | appraiser expenses | 3712-000 | | 9.65 | 68,854.03 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.12 | 68,744.91 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.17 | 68,642.74 |
| 11/17/14 | 103 | TRENK, DI PASQUALE, DELLA FERA & SODONO, P.C. | attorney fees - order 11/5/14 | 3210-000 | | 23,848.00 | 44,794.74 |
| 11/17/14 | 104 | TRENK, DI PASQUALE, DELLA FERA & SODONO, P.C. | attorney expenses | 3220-000 | | 106.54 | 44,688.20 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.66 | 44,608.54 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.71 | 44,535.83 |
| 01/12/15 | 105 | INTERNATIONAL SURETIES , LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/1/2015 FOR CASE #14-13201, bond # 016026384 | 2300-000 | | 67.68 | 44,468.15 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.02 | 44,404.13 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.60 | 44,344.53 |
| 03/24/15 | | INTERNATIONAL SURETIES | BOND ABATEMENT | 2300-000 | | -55.63 | 44,400.16 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.05 | 44,332.11 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.76 | 44,268.35 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.54 | 44,206.81 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.82 | 44,138.99 |
| 07/29/15 | {3} | WASSERMAN JURISTA & STOLZ | INITIAL PAYMENT SETTLEMENT - RUI PIRES | 1241-000 | 200,000.00 | | 244,138.99 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.19 | 244,063.80 |
| 08/17/15 | {2} | NIRAM INC. | NIRAM SETTLEMENT | 1129-000 | 67,500.00 | | 311,563.80 |

Subtotals :    $339,524.80    $27,961.00

{} Asset reference(s)

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-13201HS-SLM  
**Case Name:** RUI MASONRY CORP.

**Trustee:** NICHOLAS J. DELZOTTI (500450)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2166 - Checking Account  
**Blanket Bond:** $41,113,683.00 (per case limit)  
**Separate Bond:** N/A

**Taxpayer ID #:** **-***4726  
**Period Ending:** 04/14/17

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/17/15 | 106 | TRENK, DI PASQUALE, DELLA FERA & SODONO, P.C. | 2nd interim fee 8/5/15 | 3210-000 | | 31,272.00 | 280,291.80 |
| 08/17/15 | 107 | TRENK, DI PASQUALE, DELLA FERA & SODONO, P.C. | 2nd interim fee | 3220-000 | | 314.24 | 279,977.56 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 361.31 | 279,616.25 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 429.03 | 279,187.22 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 401.56 | 278,785.66 |
| 11/18/15 | {3} | WASSERMAN, JURISTA & STOLZ / ATTN: SCOTT REVER | balance settlement | 1241-000 | 230,000.00 | | 508,785.66 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 486.87 | 508,298.79 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 804.27 | 507,494.52 |
| 01/07/16 | 108 | INTERNATIONAL SURETIES , LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/07/2016 FOR CASE #14-13201 | 2300-000 | | 203.04 | 507,291.48 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 703.62 | 506,587.86 |
| 02/01/16 | {2} | New York City District Council of Carpenters Welfare Fund | receivable - NYC Carpenters Welfare Fund | 1121-000 | 11,688.94 | | 518,276.80 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 716.41 | 517,560.39 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 816.74 | 516,743.65 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 716.52 | 516,027.13 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 715.52 | 515,311.61 |
| 06/21/16 | 109 | New Jersey Building Laborers' Pension Fund | claim 1 per settlement interim payment | 7100-000 | | 315,000.00 | 200,311.61 |
| 06/21/16 | 110 | New Jersey Building Laborers Statewide Benefit Fun | per settlement interim payment | 7100-000 | | 35,000.00 | 165,311.61 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 813.19 | 164,498.42 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 228.09 | 164,270.33 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 259.19 | 164,011.14 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 235.26 | 163,775.88 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 227.09 | 163,548.79 |
| 11/30/16 | 111 | TRENK, DI PASQUALE, DELLA FERA & SODONO, P.C. | partial payment fees - order 11/29/16 | 3210-000 | | 49,522.99 | 114,025.80 |
| 11/30/16 | 112 | TRENK, DI PASQUALE, DELLA FERA & SODONO, P.C. | attorney expenses - order 11/29/16 | 3220-000 | | 466.01 | 113,559.79 |
| 11/30/16 | 113 | F.I.R.S.T. | partial payment accounting fees - order 11/29/16 | 3310-000 | | 19,874.65 | 93,685.14 |
| 11/30/16 | 114 | F.I.R.S.T. | accountant expenses - order 11/29/16 | 3320-000 | | 125.35 | 93,559.79 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 250.25 | 93,309.54 |

Subtotals :   $241,688.94   $459,943.20

{} Asset reference(s)

Printed: 04/14/2017 11:20 AM   V.13.30

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 14-13201HS-SLM  
**Case Name:** RUI MASONRY CORP.

**Trustee:** NICHOLAS J. DELZOTTI (500450)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2166 - Checking Account

**Taxpayer ID #:** **-***4726  
**Period Ending:** 04/14/17

**Blanket Bond:** $41,113,683.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/18/17 | 115 | F.I.R.S.T. | accountant fees | 3310-000 | | 5,413.35 | 87,896.19 |
| 02/18/17 | 116 | NICHOLAS J. DELZOTTI | Trustee expenses | 2200-000 | | 135.75 | 87,760.44 |
| 02/18/17 | 117 | NICHOLAS J. DELZOTTI | Trustee Fees | 2100-000 | | 32,310.69 | 55,449.75 |
| 02/18/17 | 118 | TRENK, DI PASQUALE, DELLA FERA & SODONO, P.C. | Attorney Fees | 3210-000 | | 5,284.51 | 50,165.24 |
| 02/18/17 | 119 | New Jersey Building Laborers' Pension Fund | Claim 1 | 7100-000 | | 44,561.68 | 5,603.56 |
| 02/18/17 | 120 | New Jersey Building Laborers Statewide Benefit Fun | Claim 2-2 | 7100-000 | | 5,450.69 | 152.87 |
| 02/18/17 | 121 | New York City & Vicinity District | claim 4 | 7100-000 | | 152.87 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 581,213.74 | 581,213.74 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 581,213.74 | 581,213.74 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$581,213.74** | **$581,213.74** | |

| Net Receipts : | 581,213.74 |
|---|---|
| Net Estate : | $581,213.74 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******2166** | 581,213.74 | 581,213.74 | 0.00 |
| | **$581,213.74** | **$581,213.74** | **$0.00** |